IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM MITCHELL, *Plaintiff,* v. BOTTLED BLONDE CHICAGO, LLC. and NATIONAL PEO, LLC. *Defendants.* | No. 20-cv-06460 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant National PEO, LLC hereby removes the above captioned matter from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. As grounds for removal, Defendant states as follows:

## THE ACTION

1. On September 21, 2020, Plaintiff initiated an action by filing a Complaint styled as a First Amended Class Action Complaint in the Circuit Court of Cook County, Illinois against Defendant National PEO, LLC, captioned <u>Adam Mitchell v. Bottled Blonde, LLC and National PEO, LLC</u>, Case No. 2020CH02454 (the "State Court Action"). In accordance with 28 U.S.C. § 1446(a), a copy of Plaintiff's Amended Class Action Complaint ("Complaint") is attached hereto as Exhibit A.

2. In the Complaint, Plaintiff seeks damages on behalf of himself and a putative class of individuals allegedly in excess of fifty people for: (1) Violation of 740 ILCS § 14/15(a): Failure to Institute, Maintain and Adhere to Publicly Available Retention

Schedule; (2) Violation of 740 ILCS § 14/15(b): Failure to Obtain Informed Written Consent and Release Before Obtaining Biometric Identifiers or Information; and (3) Violation of 740 ILCS § 14/15(d): Disclosure of Biometric Identifiers and Information Before Obtaining Consent. Plaintiff seeks fines or damages of at least one-thousand dollars ($1,000.00) to five-thousand dollars ($5000.00) per violation, as well as actual damages and attorneys' fees, for total claimed damages well in excess of seventy-five thousand dollars ($75,000.00).

## TIMELINESS

3. On September 21, 2020, Plaintiff filed the Complaint naming Defendant National PEO, LLC, in the State Court Action. A copy of the docket in the State Court Action is attached hereto as Exhibit B.

4. Defendant National PEO was served with the summons and complaint on October 1, 2020. The service documents are attached hereto as Exhibit C.

5. Defendant National PEO, LLC has contacted Bottled Blonde Chicago, LLC, which consents to the removal of this action.

6. Pursuant to 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is timely because it is being filed within thirty (30) days of service of process on National PEO, LLC.

## COMPLETE DIVERSITY OF CITIZENSHIP

7. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 based on diversity of citizenship and Defendant National PEO may remove to this Court under 28 U.S.C. § 1441.

8. As admitted in the Complaint para. 14, Plaintiff is an adult individual residing in the state of Illinois.

9. As alleged in the Complaint para. 15, Bottled Blonde Chicago, LLC is an Arizona limited liability company. Per its counsel and the Arizona Corporation Commission website, neither of the members of the LLC are citizens of Illinois. In addition, a copy of the report for Bottled Blonde Chicago, LLC filed with the Illinois Secretary of State is attached as Exhibit D. The two managers listed are both citizens of Arizona.

10. Defendant National PEO, LLC is an Arizona limited liability company, with its principal place of business in Chandler, Arizona, and none of the members of the LLC are citizens of Illinois.

11. Because Plaintiff is a citizen of Illinois and Defendants are not, complete diversity of citizenship exists between the parties.

**THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

12. Plaintiff's Complaint satisfies the amount in controversy requirement of 28 U.S.C. § 1332.

13. Based on the allegations contained in the Complaint, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, because Plaintiff seeks damages against Defendants on a class basis, for over 50 individuals (Complaint, para. 60), alleging multiple violations of the rights of those individuals with fines ranging between one-thousand dollars ($1,000.00) and five-thousand dollars ($5,000.00) for each alleged violation, as well as actual damages.

14. Accordingly, the amount in controversy requirement has been satisfied for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

## OTHER PROCEDURAL MATTERS

15. Pursuant to 28 U.S.C. § 1446(a), the United States District Court for the Northern District of Illinois is the appropriate court for filing a Notice of Removal from the Circuit Court of Cook County, Illinois, where the State Court Action is pending.

16. Pursuant to 28 U.S.C. § 1446(a), copies of "all process, pleadings and orders" served upon Defendant National PEO, LLC have been attached.

17. Pursuant to 28 U.S.C. § 1446(d), Defendants will provide written notice of the filing of this Notice of Removal and shall file the written notice with the Circuit Court of Cook County, Illinois. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit E.

## REQUEST FOR ADDITIONAL ARGUMENTS AND EVIDENCE

18. In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

WHEREFORE, Defendant hereby removes the State Court Action to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

/s/ Mark M. Trapp
Mark M. Trapp
Conn Maciel Carey LLP
53 W. Jackson Boulevard
Suite 1328
Chicago, IL 60604

*Attorneys for Defendant National PEO, LLC*

Dated: October 30, 2020

## **CERTIFICATE OF SERVICE**

I, Mark M. Trapp, hereby certify that on this 30th day of October, 2020, I caused a true and correct copy of the foregoing to be served via first class mail upon the following:

>Megan E. Shannon
>Ryan F. Stephan
>James B. Zouras
>Stephan Zouras, LLP
>100 N. Riverside Plaza,
>Suite 2150
>Chicago, Illinois 60606
>rstephan@stephanzouras.com
>jzouras@stephanzouras.com
>mshannon@stephanzouras.com

>>/s/ Mark M. Trapp
>>Mark M. Trapp