**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Adam Mitchell
                                 Plaintiff,

v.                                                            Case No.: 1:20−cv−06460
                                                                  Honorable Ronald A. Guzman

National PEO, LLC, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 16, 2022:

      MINUTE entry before the Honorable Ronald A. Guzman: Telephonic status hearing held on 2/16/2022. Plaintiff's motion for default judgment is granted in part. Plaintiff's request for $5000 in statutory damages for each of the three counts for a total of $15,000 is denied. Plaintiff is awarded statutory damages of $1000 for each count, for a total of $3000 in statutory damages. Plaintiff's request for attorney's fees is entered and continued. Plaintiff is directed to file with the court within 21 days timesheets and/or billing statements itemizing the hours of legal work and the services performed in this case for the court's consideration. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.