**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADAM MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20 C 6460 |
| v. ) | |
| ) | Judge Ronald A. Guzmán |
| BOTTLED BLONDE CHICAGO, LLC, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER ON PLAINTIFF'S
REQUEST FOR AN AWARD OF FEES AND EXPENSES**

     This is an action for violation of the Illinois Biometric Information Privacy Act ("BIPA"). On February 16, 2022, the Court granted plaintiff's motion for entry of default judgment against the remaining defendant, Bottled Blonde Chicago, LLC ("Bottled Blonde"), and awarded plaintiff statutory damages in the amount of $1,000.00 for each count of the complaint, for a total amount of $3,000.00 in statutory damages.

     BIPA allows a prevailing party to recover reasonable attorney's fees and costs, "including expert witness fees and other litigation expenses." 740 ILCS 14/20(3). Plaintiff sought an award of $53,745.00 in attorney's fees and $2,213.76 in litigation costs and submitted supporting materials. In its Order of March 10, 2022, the Court identified certain deficiencies in plaintiff's submission and directed plaintiff to review counsel's bills; delete time entries and expense requests related to work performed with respect to the other defendant in this case, National PEO, LLC ("National PEO"); delete time entries for clerical tasks; revise time entries to provide complete task descriptions and/or delete those entries for which plaintiff could not submit a complete description; submit an appropriately revised request with revised supporting documents; and submit materials in support of the request for costs.

     Plaintiff has now filed a supplement in which he has substantially revised his request. He now seeks an award of $34,567.50 in attorney's fees and $1,945.77 in costs. In accord with the Court's Order, plaintiff has deducted fees attributable to clerical tasks and fees and expenses attributable to National PEO; provided complete task descriptions in counsel's billing records; and submitted materials in support of the claimed costs. The Court has closely reviewed plaintiff's revised submission and is satisfied that the requested fees and costs, as revised, are properly supported and reasonable. Therefore, the Court grants plaintiff's request for an award of attorney's fees in the amount of $34,567.50 and litigation costs in the amount of $1,945.77.

**DATE:** April 11, 2022

*Ronald A. Guzmán*
**Hon. Ronald A. Guzmán**
**United States District Judge**