IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Adam Mitchell,

Plaintiff(s),

v.

Bottled Blonde Chicago, LLC,

Defendant(s).

Case No. 20-cv-06460
Judge Ronald A. Guzmán

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court has ordered that the plaintiff Adam Mitchell recover from the defendant Bottled Blonde Chicago, LLC the amount of $3,000.00 in statutory damages, $34,567.50 in attorney's fees, and $1,945.77 in litigation expenses. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Guzman on a motion for entry of default judgment.

Date: 4/11/2022                                Thomas G. Bruton, Clerk of Court

                                               Kerwin Posley, Deputy Clerk